UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF TEXAS
SAN ANTONIO DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | |
| Petitioner, | ) | |
| v. | ) | |
| KASPER PRO VAC SERVICES, LLC; | ) | CIVIL ACTION NO. |
| KASPER DISPOSAL, LLC; and | ) | SA12CA0323 |
| KASPER OIL & GAS FIELD SERVICE, LLC, | ) | |
| Respondents. | ) | |

## NOTICE OF COMPLAINT FOR FORFEITURE

1. On April _____, 2012, a Verified Complaint for Forfeiture was filed in this Court by the United States Attorney for the Western District of Texas and Assistant United States Attorney Mary Nelda G. Valadez, against the below described properties, which are also specifically described in the Verified Complaint for Forfeiture for violations of Title 18 U.S.C. §§ 1956 and 1957 and subject to forfeiture to the United States pursuant to Title 18 U.S.C. §§ 981(a)(1)(A) and 981(a)(1)(C), namely:

    a.   **KASPER PRO VAC SERVICES, LLC;**

    b.   **KASPER DISPOSAL, LLC; and**

    c.   **KASPER OIL & GAS FIELD SERVICE, LLC,**

hereinafter collectively referred to as the "Respondent Properties."

APPENDIX A

2. Pursuant to Rule G(4)(b), Supplemental Rules for Admiralty or Maritime Claims and Asset Forfeiture Actions, notice to any person who reasonably appears to be a potential claimant shall be by direct notice. Accompanying this notice is the Verified Complaint for Forfeiture which has been filed in this cause and which describes the Respondent Properties. Pursuant to Supplemental Rule G(4)(b), any person claiming an interest in the Respondent Properties who has received direct notice of this forfeiture action must file a Claim in compliance with Supplemental Rule G(5)(a), with the court within **thirty-five (35) days after the notice was sent, if delivered by mail (if mailed, the date sent is provided below), or within 35 days of the date of delivery, if notice was personally served**. An Answer or motion under Rule 12 of the Federal Rules of Civil Procedure must then be filed within **twenty-one (21)** days of the Claim being filed. The Claim and Answer must be filed with the Clerk of the U.S. District Court, 655 East Cesar E. Chavez Boulevard, Room G-65, San Antonio, Texas 78206-1198, and copies of each shall be served upon Assistant United States Attorney Mary Nelda G. Valadez, United States Attorney's Office, 601 NW Loop 410, Suite 600, San Antonio, Texas 78216, or default and forfeiture will be ordered. *See* Title 18 U.S.C. § 983(a)(4)(A) and Supplemental Rule G(5).

Failure to follow the requirements set forth above will result in a judgment by default taken against you for the relief demanded in the complaint.

**DATE NOTICE SENT:**_____

Respectfully submitted,

ROBERT PITMAN
United States Attorney

By: *[signature]*
Mary Nelda G. Valadez
Assistant United States Attorney
Asset Forfeiture Section
601 N.W. Loop 410, Suite 600
San Antonio, Texas 78216
Tel:  (210) 384-7040
Fax: (210) 384-7045
Texas Bar No. 20421844

Attorneys for the United States of America